IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFREY SCOTT CLEGG, #276457,        )
                                     )
            Plaintiff,               )
                                     )
v.                                   )        CASE NO.  2:13-cv-283-TMH
                                     )               [wo]
MR. KIM THOMAS, et al.,              )
                                     )
            Defendants.              )

**OPINION and ORDER**

On June 19, 2013, the Magistrate Judge filed a Recommendation that the Motion for Preliminary Injunction and Motion for Hearing filed by Plaintiff be denied.  (Doc. 12) On June 19, 2013, the Magistrate Judge also filed a Recommendation that Plaintiff's Motion to Dismiss be granted and that this case be dismissed without prejudice and that no costs or fees be taxed in this case  (Doc. 13).  No timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendations of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendations of the Magistrate Judge be and are hereby ADOPTED, and Plaintiff's Motion for Preliminary Injunction and for Hearing be DENIED and Plaintiff's Motion to Dismiss be GRANTED and that this case is hereby DISMISSED without prejudice and that no costs or fees be taxed in this case.  A Judgment in favor of the Defendant shall be forthcoming.

DONE this 31st day of October, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE